**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Francis D. Palumbo, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:04-577 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Gregory M. Gunter, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 24, 2004, this Court filed its order dismissing this action. On August 16, 2004, the plaintiff filed a motion for reconsideration. On October 29, 2004, the Court denied the motion for reconsideration. Despite the termination of this action, the plaintiff continues to send filings to the Court. The Court, however, shall not entertain any further motions in this action because this case has come to a close.

Accordingly, the Court directs the Clerk to terminate all pending motions and not accept any future filings in this action.

**AND IT IS SO ORDERED**.

s/ C. Weston Houck
**C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE**

April 27, 2005
Charleston, South Carolina